# United States Court of Appeals
## For the First Circuit

————————————————

No. 00-1396
No. 00-1405

UNITED STATES

Appellee/Cross-Appellant,

v.

CHRISTOPHER R. WALKER

Defendant, Appellant/Cross-Appellee.

————————————————

ERRATA SHEET

The opinion of this Court issued on December 19, 2000, is amended as follows:

On page 3, line 21, delete:

"$8,269"

and replace it with:

"$8,369"

On page 16, line 11, delete:

"they possessed"

and replace it with:

"it possessed"